UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DISTRICT COURT
DISTRICT-WI
2025 AUG 26 P 12: 16
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. **25 - CR - 169** |
| v. | |
| CHRISTOPHER A. TUEFFEL, | [21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), & 841(b)(1)(C)] |
| Defendant. | **Green Bay Division** |

## INDICTMENT

## <u>COUNT ONE</u>

**THE GRAND JURY CHARGES THAT:**

1.      On or about June 6, 2025, in the State and Eastern District of Wisconsin,

**CHRISTOPHER A. TUEFFEL**

knowingly and intentionally distributed a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

2.      Before committing the offense charged in this count, the defendant had a final conviction for a felony drug offense, namely, a conviction for delivery of amphetamine, a class D felony under Wis. Stat. § 961.41(1)(e)3, in Manitowoc County case 21CF786, for which he served more than 12 months of imprisonment.

All violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

1

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

1.      On or about June 12, 2025, in the State and Eastern District of Wisconsin,

**CHRISTOPHER A. TUEFFEL**

knowingly and intentionally distributed 50 grams or more of a mixture and substance containing

a detectable amount of methamphetamine, a Schedule II controlled substance.

2.      Before committing the offense charged in this count, the defendant had a final

conviction for a serious drug felony, namely, a conviction for delivery of amphetamine, a Class

D felony under Wis. Stat. § 961.41(1)(e)3, in Manitowoc County case 21CF786, for which he

served more than 12 months of imprisonment.

All violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

1.      On or about June 12, 2025, in the State and Eastern District of Wisconsin,

### CHRISTOPHER A. TUEFFEL

knowingly and intentionally possessed with the intent to distribute 50 grams or more of a

mixture and substance containing a detectable amount of methamphetamine, a Schedule II

controlled substance.

2.      Before committing the offense charged in this count, the defendant had a final

conviction for a serious drug felony, namely, a conviction for delivery of amphetamine, a Class

D felony under Wis. Stat. § 961.41(1)(e)3, in Manitowoc County case 21CF786, for which he

served more than 12 months of imprisonment.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## NOTICE OF FORFEITURE

1. Upon conviction of any offense in this indictment, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violations, including but not limited a sum of money representing the amount of proceeds obtained as a result of the offenses.

2. If any of the property described above, as a result of any act or omission by the defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL:

FOREPERSON

Dated: 8-26-25

RICHARD G. FROHLING
Acting United States Attorney